UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   ELIA NICHELLE HEFNER                      CASE NO. 20-10085
   115 EASTWAY LANE                          JUDGE BENJAMIN A. KAHN
   GRAHAM, NC  27253

       DEBTOR

SSN(1) XXX-XX-8701                       DATE:  08/05/2020

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALAMANCE CO REGISTER OF DEEDS<br>P O BOX 837<br>GRAHAM, NC  27253 | $52.00<br>INT:  .00%<br>NAME ID:  1735<br>CLAIM #:  0016 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $0.00<br>INT:  .00%<br>NAME ID:  2794<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $949.44<br>INT:  .00%<br>NAME ID:  116268<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT: 7707<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $2,055.65<br>INT:  .00%<br>NAME ID:  116268<br>CLAIM #:  0009 | (U) UNSECURED<br><br>ACCT: 7750<br>COMMENT: |
| CITY OF GRAHAM<br>P O DRAWER 357<br>GRAHAM, NC  27253 | $0.00<br>INT:  .00%<br>NAME ID:  31589<br>CLAIM #:  0004 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID:  123770<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 8701<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID:  9699<br>CLAIM #:  0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 8701<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $5,157.12<br>INT:  .00%<br>NAME ID:  68146<br>CLAIM #:  0013 | (U) UNSECURED<br><br>ACCT: 7270<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| SOUTH COURT MEDICAL<br>217 E ELM ST<br>GRAHAM, NC  27253 | $0.00<br>INT: .00%<br>NAME ID: 175585<br>CLAIM #: 0010 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | MONTHLY PMT  $707.00<br>INT: .00%<br>NAME ID: 170064<br>CLAIM #: 0005 | | (H) ONGOING-SECURED<br><br>ACCT: 8690<br>COMMENT: DT RERP,CTD EFF MAY20 |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $14,071.39<br>INT: .00%<br>NAME ID: 170064<br>CLAIM #: 0006 | | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 8690<br>COMMENT: ARR THRU JAN20 |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $2,121.00<br>INT: .00%<br>NAME ID: 170064<br>CLAIM #: 0007 | | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 8690<br>COMMENT: ARR FEB THRU APR20 |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $30,903.60<br>INT: .00%<br>NAME ID: 170064<br>CLAIM #: 0011 | | (U) UNSECURED<br><br>ACCT: 8640<br>COMMENT: |
| SYNCHRONY BANK<br>P O BOX 965029<br>ORLANDO, FL  32896-5029 | $0.00<br>INT: .00%<br>NAME ID: 152322<br>CLAIM #: 0012 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: SAMS CLUB |
| TOYOTA MOTOR CREDIT CORP<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355-0701 | $2,417.80<br>INT: .00%<br>NAME ID: 14956<br>CLAIM #: 0014 | | (U) UNSECURED<br><br>ACCT: 2485<br>COMMENT: |
| US DEPT OF EDUCATION<br>P O BOX 7860<br>MADISON, WI  53707 | $0.00<br>INT: .00%<br>NAME ID: 137025<br>CLAIM #: 0015 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$58,435.00** | | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $3,800.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  08/05/2020                                    OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice